512 A.2d 1186

**Susan M. WILSON**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD, et al., Petitioners.**

Supreme Court of Pennsylvania.

July 31, 1986.

Petition for Allowance of Appeal GRANTED, No. 33 M.D. Appeal Docket 1986.